BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: 916-385-7517
Facsimile: 916-405-3908
Email: bess.m.brewer@gmail.com
Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov
    Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO**

| | |
|---|---|
| JOSEPHINA YEPEZ,<br>    Plaintiff,<br>v.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br>    Defendant. | Case No. 2:16-cv-02351-KJN<br><br>**ORDER APPROVING STIPULATION FOR FILING OF SUPPLEMENTAL CERTIFIED ADMINISTRATIVE RECORD AND MODIFICATION OF BRIEFING SCHEDULE** |

The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate as follows:

1. The Certified Administrative Record (CAR) filed on February 23, 2017 (Docket No. 16), has been determined to be incomplete. Specifically, the CAR does not contain a transcript of the oral hearing that took place on December 8, 2014. Defendant will file a Supplemental Certified Administrative Record within three (3) days, on or before May 26, 2017, to include the missing transcript.

2. The briefing schedule shall be modified, such that Plaintiff shall have thirty (30) days from the date of the filing of the Supplemental Certified Administrative Record to file her Motion for Summary Judgment, on or before June 26, 2017; Defendant shall have thirty (30) days from the date of Plaintiff's filing of her opening brief to file her Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment, on or before July 26, 2017; and Defendant shall have twenty-one (21) days from the date of Defendant's filing of her Cross-Motion and Opposition to file any reply, on or before August 16, 2017.

Respectfully submitted,

Date: May 23, 2017         BESS M. BREWER

By: */s/ Bess M. Brewer*
BESS M. BREWER
Attorney for Plaintiff

Date: May 23, 2017         PHILLIP A. TALBERT
United States Attorney

By: */s/ Gina Tomaselli*
GINA TOMASELLI
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED. DEFENDANT SHALL FILE THE SUPPLEMENTAL CERTIFIED ADMINISTRATIVE RECORD BY MAY 26, 2017 AND THE BRIEFING SCHEDULE SHALL BE MODIFIED ACCORDINGLY.

Dated: May 25, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE