BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOSEPHINA YEPEZ                          )
xxx-xx-1713                              )          Case No. 16-cv-02351-KJN
                                         )
                                         )
                                         )          ORDER EXTENDING
            Plaintiff,                   )          PLAINTIFF'S TIME TO FILE
                                         )          SUMMARY JUDGEMENT MOTION
v.                                       )
                                         )
COMMISSIONER OF SSA                      )
                                         )
            Defendant.                   )
                                         )
_____)

## ORDER

        PURSUANT TO THE STIPULATION (ECF No. 25), IT IS SO ORDERED that Plaintiff's

time to file her summary judgment motion is hereby extended to July 12, 2017, with defendant's

opposition due September 8, 2017.


        Dated: July 11, 2017


                                                    _____
                                                    KENDALL J. NEWMAN
                                                    UNITED STATES MAGISTRATE JUDGE